## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Donald Wesley Price, Jr | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 17-18269-JKF-R |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Jeffery A. Fournier, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on August 15, 2018, IT IS ORDERED THAT:

1. The case is dismissed, the case shall remain open for administrative purposes.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than twenty (20) days from the date of this order is served

4. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service.

5. Counsel for Debtor shall file an application for compensation within 20 days from the date of this order and serve all credits and parties in interest.

*[signature]*

**Date: August 16, 2018**

Judge Jean K. FitzSimon
United States Bankruptcy Judge